VICTORY CONTRACTING CORPORATION, Respondent, *v.* PASQUALE TROTTA, Defendant, and MARYLAND CASUALTY COMPANY, Appellant.

*Surety bonds* — *limitation of time to commence action* — *contention that clause did not contemplate abandonment of work, the faithful performance of which was guaranteed.*

*Victory Contracting Corporation* v. *Trotta*, 187 App. Div. 898, affirmed.

(Argued November 19, 1920; decided December 7, 1920.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 17, 1919, *unanimously* affirming a judgment in favor of plaintiff entered upon a verdict directed by the court. Defendant Trotta contracted to do certain excavating for plaintiff and furnished

a bond executed by defendant, appellant, to insure faith-ful performance.  Trotta having abandoned the contract, plaintiff completed the work and brought this action to recover the expense thereof.  The answer set up as a separate defense that the action was not commenced within the time limited in the bond.  Plaintiff con-tended that the limitation clause did not contemplate an abandonment of the work by the contractor.

*Ralph Polk Buell, Edward Ward McMahon* and *Edward J. Dowling* for appellant.

*Abraham H. Goodman* and *Nathaniel Kopf* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ.